UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

*In re BAYCOL PRODUCTS LITIGATION* MDL No. 1431 (MJD)

This Document Relates to:

*Loran Barr v. Bayer Corp., et al.* Case No. 02-0442

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiffs and counsel for defendants that the above-entitled action may be and is hereby dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1). The parties shall each bear their own costs.

Dated: Nov 21, 2005

Ralph D. Davis
JANSSEN LAW CENTER
333 Main Street, Floor 1
Peoria, IL 61602
(309) 676-2341

*Counsel for Plaintiff*

SCANNED
DEC 05 2005
U.S. DISTRICT COURT MPLS

Dated: 11/28/05

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN BROWN & WOOD LLP
Bank One Plaza
10 South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

Paul J. Zidlicky
SIDLEY AUSTIN BROWN & WOOD LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

*Counsel for Bayer Corporation*

Dated: 11/28/05

Scott A. Smith
Tracy J. Van Steenburgh
HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.
220 South Sixth Street, Suite 600
Minneapolis, Minnesota 55402-4501
(612) 338-1838

Fred T. Magaziner
DECHERT LLP
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103
(215) 994-4000

*Counsel for SmithKline Beecham Corporation d/b/a GlaxoSmithKline*

IT IS HEREBY ORDERED, pursuant to the above Stipulation, that this case is dismissed with prejudice.

DATED: DEC 0 2 2005

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

*Barr*, No. 02-0442